# In the United States Court of Federal Claims

No. 06-141 C

Filed: January 13, 2016

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
|  | * |
|  | * |
|  | * |
| SHELL OIL COMPANY, ATLANTIC | * |
| RICHFIELD COMPANY, TEXACO INC., and | * |
| UNION OIL COMPANY OF CALIFORNIA, | * |
|  | * |
| Plaintiffs, | * |
|  | * |
| v. | * |
|  | * |
| THE UNITED STATES, | * |
|  | * |
| Defendant. | * |
|  | * |
|  | * |
|  | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On January 11, 2016, Plaintiffs filed a Motion To Compel Responses To Plaintiffs' Final Set Of Discovery Requests. On January 13, 2016, the court convened a telephone status conference. Pursuant to the January 13, 2016 status conference, Plaintiffs' January 11, 2016 Motion To Compel is denied.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**